**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHARLES HOMER THOMAS,

    Plaintiff,

v.

LVGV, LLC,

    Defendant.

Case No. 2:26-cv-00891-CDS-NJK

**Order**

[Docket No. 2]

Pending before the Court is Defendant LVGV, LLC's motion for demand for security of costs. Docket No. 2. Plaintiff did not file a response.[1] *See* Docket.

It is the policy of the United States District Court for The District of Nevada to enforce the requirements of NRS 18.130 in diversity actions. *Feagins v. Trump Org.*, 2012 WL 925027, *1 (D. Nev. Mar. 19, 2012); citing *Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305-306 (D. Nev.1983); *Arrambide v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D.Nev.1986). Under Nevada law, "[w]hen a plaintiff in an action resides out of the State, or is a foreign corporation, security for the costs and charges which may be awarded against such plaintiff may be required by the defendant." NRS 18.130(1). The present case is a diversity action and Plaintiff is a non-resident of this state. *See* Docket No. 1 at 1 (Defendant LVGV, LLC's removal petition). Therefore, Plaintiff is required to provide security in the amount of $500 per defendant, pursuant to NRS 18.130. *See Feagins*, 2012 WL 925027, *1.

---

[1] Local Rule 7-2(d) provides that the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Plaintiff failed to file a response to the instant motion; therefore, Plaintiff consents to the granting of the motion.

Accordingly, the Court **GRANTS** Defendant's motion for demand for security of costs and **ORDERS** Plaintiff to provide security in the amount of $500 as to Defendant LVGV, LLC, no later than April 30, 2026.  Docket No. 2.

IT IS SO ORDERED.

Dated: April 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2