**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| CHARLES HOMER THOMAS,<br><br>        Plaintiff,<br><br>v.<br><br>LVGV, LCC,<br><br>        Defendant. | Case No. 2:26-cv-00891-CDS-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by May 19, 2026.

IT IS SO ORDERED.

Dated: May 12, 2026

_____
Nancy J. Koppe
United States Magistrate Judge