JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
E-mail: Jorge.Ramirez@wilsonelser.com
CHRIS J. RICHARDSON, ESQ.
Nevada Bar No. 9166
E-mail: Chris.Richardson@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Charles Homer Thomas, Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>LVGV, LLC dba M Resort, a Domestic Limited-Liability Company; Does 1 through 100; and Roe Corporations 101 through 200,<br><br>Defendants. | Case No.: 2:26-cv-891-CDS-NJK<br><br>**Defendants' Motion to Remove from Service List** |

Defendants request to remove attorney Michael Lowry and Jonathan Pattillo from the CM/ECF electronic service list. Jorge Ramirez and Chris Richardson have replaced them as defense counsel.

DATED this 17th day of September, 2026.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Jorge Ramirez*
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
CHRIS J. RICHARDSON, ESQ.
Nevada Bar No. 9166
Attorneys for LVGV, LLC

IT IS SO ORDERED.
Dated: September 17, 2026

Nancy J. Koppe
United States Magistrate Judge